TOWN OF BOONTON, APPELLANT, v. STATE WATER POLICY COMMISSION ET AL., RESPONDENTS.

Argued May 17, 1939—Decided September 22, 1939.

For the appellant, *Eugene F. Hillery.*

For the respondent, *King & Vogt.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 11.

*For reversal*—None.